IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MICHAEL HENRY, )
)
Plaintiff, )
)
vs. ) Civil Action No. 07-7159
)
) Executive Committee
UNITED STATES OF AMERICA et al. )
)
)
)

**FILED**
**10/24/2019**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFFS MOTION TO RESCIND THE EXEUCTIVE COMITTEES DECEMBER 20, 2007 COURT ORDER

Plaintiff Henry has been in Complete Compliance with the Order Dated February 7, 2011. Since then Plaintiff Henry has followed every law and procedure As dictated by the Court. In Addition Plaintiff Henry Did Declare bankruptcy in 2011 And did ask the court for permission to file the bankruptcy Case.

Plaintiff Henry has been subjected to Multiple articles in the Newspapers and simply wants to be removed from this list as one of the last acts before moving from the State of Illinois.

Plaintiff Henry has followed every restriction placed by the Court and has complied with this order for 8 and a half years.

Plaintiff Henry Prays that this court enters a recession of its order and allows Henry the peace of mind to not be subject to continual media articles releases his name and address to the Public

_____

Michael Henry
Pro Se
13233 Bundoran Court
Orland Park, Illinois 60462
708 446-4416

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage pre-paid and via United States Mail, properly addressed, to the following counsel of record on this 19th day October, 2019:

> United States Attorney's Office (NDIL)
> 219 South Dearborn Street
> Suite 500
> Chicago, IL 60604

> _____
> Michael Henry, Pro Se
> 13233 Bundoran Court
> Orland Park, Illinois 60462
> 708 446-4416
> Michaelhenry69@gmail.com

Michael Henry
13233 Bundoran Court
Orland Park, Illinois 60462

October 19, 2019

United States District Court
Northern District of Illinois
Honorable Rebecca R. Pallmeyer

219 South Dearborn
Chicago, Illinois 60604

RE: Case Number 07-CV-7159

Dear Judge Pallmeyer;

    Pursuant to the order entered in this case I filed the attached motion that was authorized by the order for the modification of or rescission of the order.

    The Clerks office informed that this must be sent directly to you.

    Please advise me of any other steps I need to accomplish in order to comply with the December 20th 2007 Order
Sincerely Yours;

Michael F. Henry

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| MICHAEL HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:07-7159 |
| | ) |
| | ) Chief Judge Rebecca R Pallmeyer |
| In re: Michael F. Henry | ) |
| Assigned to: Executive Committee | ) |
| Cause: Civil Miscellaneous Case | ) |

**NOTICE OF PRESENTMENT OF** PLAINTIFFS MOTION TO RESCIND THE
EXEUCTIVE COMITTEES
DECEMBER 20, 2007 COURT ORDER

Please take notice that on October 30, 2019 at 9:00 a.m. or as

soon as Counsel can be heard, counsel for the plaintiff will present the

previously filed PLAINTIFFS MOTION TO rescind THE EXEUCTIVE

COMITTEES DECEMBER 20, 2007 COURT ORDER

filed by Michael F. Henry in the above matter before the

Honorable Judge Pallmeyer, at the United States Court House, 219 South

Dearborn Chicago, Illinois 60604.

        Respectfully Submitted,

_____
Michael Henry, Pro Se
13233 Bundoran Court
Orland Park, Illinois 60462
708 446-4416

## Certificate of Service

**IT IS HEREBY CERTIFIED** that Service of the foregoing Motion has been made pursuant to Rule 5 of the Federal Rules of Civil Procedure, by US Mail On the 18 day of October, 2019 delivered to the Following

        United States Attorney's Office (NDIL)
        219 South Dearborn Street
        Suite 500
        Chicago, IL 60604

_____
Michael Henry, Pro Se
13233 Bundoran Court
Orland Park, Illinois 60462
708 446-4416