**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | Civil Action No. |
| Michael F. Henry | ) | 07 C 7159 |
| Plaintiff, *pro se* | ) | |

**EXECUTIVE COMMITTEE ORDER**

On December 20, 2007, an Executive Committee Order was entered, limiting filings by Mr. Michael F. Henry and directing that his submissions be returned unfiled for a period of nine months, and

On July 2, 2010, an Executive Committee order was entered, lifting the nine-month clause and allowing Mr. Henry to submit documents to the Executive Committee, and

On February 7, 2011, an Executive Committee order was entered, reinstating the order of December 20, 2007 for 12 months, after which Mr. Henry may submit a motion to modify or rescind the order, and

On October 24, 2019, Michael Henry submitted a motion to rescind the order entered on December 20, 2007, and

At its meeting on November 6, 2019, the Executive Committee considered the request, therefore

IT IS HEREBY ORDERED That Mr. Henry's request to rescind the order entered on December 20, 2007 is denied, and

IT IS FURTHER ORDERED That Mr. Michael F. Henry may submit to this court, no earlier than twelve months from the date of this order, a motion to modify or rescind the order entered on December 20, 2007, unless he demonstrates to the Executive Committee in writing that he is in imminent danger of great bodily harm, and

IT IS FURTHER ORDERED That any documents filed in another jurisdiction and transferred to this Court shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Mr. Henry at 13233 Bundoran Court, Orland Park, Illinois 60462, the address given by Mr. Henry in the papers submitted on October 24, 2019. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Rebecca R. Pallmeyer
Chief Judge

Dated at Chicago, Illinois the 18th day of November, 2019